UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 Case |
| Erin Beverly Kissner, | Case No. 25-60318 - WJF |
| Debtor. | |

**MOTION FOR APPROVAL OF SETTLEMENT**

TO: The debtor(s) and other entities specified in the applicable Federal Rules of Bankruptcy Procedure.

1. J. Richard Stermer, the chapter 7 trustee for the debtor's estate, moves the court for the relief requested below.

2. Any response to this motion must be filed and served not later than November 6, 2025. If a response is timely filed, a hearing will be scheduled by the trustee with notice of the hearing by the trustee to the responding party and the United States Trustee. **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT A HEARING.**

3. This court has jurisdiction over this motion under 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This is a core proceeding. The petition commencing this chapter 7 case was filed on June 30, 2023. The case is now pending before this court.

4. This motion arises under Fed. R. Bankr. P. 9019 and Local Rule 9019-1. This motion is filed under Fed. R. Bankr P. 9013 and 9014. The trustee request approval of the settlement as set forth below.

5. The following is a summary of the dispute and the terms of the proposed settlement:

The debtor scheduled and testified at her 341 hearing that in the 90 days prior to filing she made payments to JPMorgan Chase totaling approximately $6,397.03. The trustee alleged these were preferential payments. JPMorgan Chase asserted that debtor made purchases during the preference period exceeding the amount of payments. JPMorgan Chase has agreed to pay the Trustee $1,000.00 to settle this preference claim.

6. The trustee believes the settlement is in the best interest of creditors. The costs of litigation could offset any recovery to the estate

**WHEREFORE**, the trustee moves the court for an order approving the settlement and for such other and further relief as is just and equitable.

Dated: October 15, 2025

*s/ J. Richard Stermer*

J. Richard Stermer (#216811)
102 Parkway Drive, P.O. Box 514
Montevideo MN 56265
Phone: (320) 269-6491
Email: rstermer@stermerlaw.com

*Chapter 7 Bankruptcy Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Erin Beverly Kissner<br>Debtor(s) | Case No. 25-60318<br><br>Chapter 7 |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 10/15/2025, I did cause a copy of the following document(s), described below:

Motion For Approval Of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the District of Minnesota Bankruptcy Court's official court matrix on 10/15/2025.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/15/2025

/s/ J. Richard Stermer

J. Richard Stermer
Stermer & Sellner, Chtd.
102 Parkway Drive
PO Box 514
Montevideo MN 56265
320-269-6491
rstermer@stermerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br>Erin Beverly Kissner<br>Debtor(s) | Case No. 25-60318<br>Chapter 7 |

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 10/15/2025, I did cause a copy of the following document(s), described below:

Motion For Approval Of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/15/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 10/15/2025, I caused a copy of the Motion For Approval Of Settlement to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

# EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Minnesota Department of Revenue | | | Bankruptcy Section | PO BOX 64447 | St Paul MN 55164-0447 |
| United States Attorney | | | 600 US Courthouse | 300 S 4th St | Minneapolis MN 55415-3070 |
| Fergus Falls - St Paul | | 200 Warren E Burger Federal Building and | U. S. Courthouse | 316 N Robert St | St Paul MN 55101-1495 |
| 21st Century Bank | | | 9380 Central Avenue Northeast | | Blaine MN 55434-3563 |
| Benton County Human Services | | | 531 Dewey St | | Foley MN 56329-8413 |
| Bridges Connect Inc | | | 2536 42nd Avenue South | | Saint Cloud MN 56301-5489 |
| Chase | | | PO Box 94014 | | Palatine IL 60094-4014 |
| Dept Of Education/neln | | | Po Box 82561 | | Lincoln NE 68501-2561 |
| FIRST NATIONAL BANK OF OMAHA | | | 1620 DODGE ST | STOP CODE 3113 | OMAHA NE 68102-1593 |
| Gurstel Law Firm P.C. | | | 6681 Country Club Drive | | Golden Valley MN 55427-4601 |
| Jpmcb | | | MailCode LA4-7100 | 700 Kansas Lane | Monroe LA 71203-4774 |
| Lamont, Hanley & Assoc, Inc. | | | PO Box 179 | | Manchester NH 03105-0179 |
| LoanDepot | | | Attn: Bankruptcy | 26642 Towne Center | Foothill Ranch CA 92610-2808 |
| MOHELA | | | CLAIMS DEPARTMENT | 633 SPIRIT DRIVE | CHESTERFIELD MO 63005-1243 |
| Rauch-Milliken Int Inc | | | PO Box 8390 | | Metairie LA 70011-8390 |
| Rogue Credit Union | | | PO Box 4550 | | Medford OR 97501-0275 |
| Stearns County Human Services | | | PO Box 11007 | | Saint Cloud MN 56302 |
| Sysco Western MN | | | 900 Highway 10 S | | Saint Cloud MN 56304-1824 |
| UPGRADE INC | | | 2 N CENTRAL AVE | 10TH FLOOR | PHOENIX AZ 85004-4422 |
| Erin Beverly Kissner | | | 2536 42nd Avenue South | | Saint Cloud MN 56301-5489 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In Re:<br><br>Erin Beverly Kissner,<br><br>Debtor. | BKY 25-60318 - WJF<br>Chapter 7 |

---

**ORDER**

---

This matter came on for hearing on the trustee's motion for an order approving the settlement reached between the trustee and JPMorgan Chase, an unsecured creditor. Based upon the motion, files and records,

IT IS ORDERED:

1. The motion is granted.

2. The settlement is approved.

Dated: ______________________________________

United States Bankruptcy Judge